# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                       Bankruptcy No. 16-14821-JKF

YARITZA VIERA VEGA

430 Lafayette Street

Bristol, PA 19007-

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
YARITZA VIERA VEGA

430 Lafayette Street

Bristol, PA 19007-

**Counsel for debtor(s), by electronic notice only.**
PRO-SE
*
*
*, * *

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 10/13/2016

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee