IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA    OCT 21 2016

IN RE:    Yaritza Viera Vega    :    CHAPTER 13

    Debtor    :    BANKRUPTCY NO. 16-14821-jkf

## CHAPTER 13 PLAN OF THE DEBTOR

1. If this estate were liquidated under chapter 7 of the Bankruptcy Code, the allowed unsecured claimants would be paid $0.00, and the allowed unsecured claimants will receive not less than this amount.

2. The Debtor shall submit to the supervision and control of the Trustee the total of $ _22,020_ .00. The Debtor will make installment payments to the Trustee of $ _367._ .00 for 60 months.

3. The various claims of the Debtor's creditors shall be classified as follows:

   a. CLASS 1 - Claims filed and allowed which are entitled to priority. The administrative cost of the Trustee is the only priority claim contemplated by this plan.

   b. CLASS 2 - The secured claim of Pennsyvania Housing Finance Agency is the only Class 2 claim provided for by this Plan. The Debtor will maintain current payment outside the Plan and cure arrears through the Plan.

   c. CLASS 3 – All other claims that are timely filed and allowed.

   d. CLASS 4 – All other claims that are not timely filed or are disallowed.

4. The payments received by the Trustee shall be distributed first to the Trustee for his commission, limited to 7.2% of the sums actually distributed; then to the Class 2 arrearage claim; and thereafter to the allowed Class 3 claims. Class 4 claims will not receive any distribution under this Plan.

5. Title to the property of the estate shall revest in the Debtor upon confirmation of this Plan, and the Debtor shall have sole right to the use and possession of same.

6. Upon approval of any motion to modify the Plan after confirmation, the Debtor may alter the amount and time of payments under this Plan.

7. Upon completion of this plan, all debts listed in Debtor's chapter 13 statement, shall be discharged; and all pre-petition arrears owed to the Pennsylvania Finance Housing Agency shall be cured.

Date: 10-3-16

Yaritza Viera Vega
Debtor

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the Chapter 13 Plan of the Debtor was served upon William Miller, the Chapter 13 Trustee, upon the U.S. Trustee, by first class mail, postage pre-paid, and upon the secured creditors who have filed proofs of claims.

_____
Yaritza Viera Vega
Debtor

DATE: 10-3-16