United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Yaritza Viera Vega
    Debtor

Case No. 16-14821-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 2    Date Rcvd: Oct 05, 2017
                  Form ID: 152    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.

```
db             +Yaritza Viera Vega,    430 Lafayette Street,    Bristol, PA 19007-3905
13760655       +Anna Bono Larriskey,    250 Pond Street,    Bristol, PA 19007-4937
13760657        Aqua Pennsylvania, inc,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13760654       +Bristol Borough water & sewer Authority,    250 Pond Street,    Bristol, PA 19007-4937
13760658       +DeLuca Fuel Oil, inc.,    515 Wood Street,    Bristol, PA 19007-5196
13814282       +Emerg Phy Assoc of S.Jersey,Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13760662       +Emergency Associates of Lower Bucks,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13760659        HCFS Healthcare Financial Services, LLC,    Akron Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
13760660        HRRG,    PO BOX 8486,    coral Springs, FL 33075-8486
13760653       +KML Law Group, PC,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
13760664       +Lab Corp PO BOX 2240,    Burlington, NC 27216-2240,    Page 27216-2240
13806245       +PA Housing Finance Agy.,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13760656        PECO,    Payment Processing,    PO Box 37629,    Phillladelphia, PA 19101-0629
13760663       +Quest Diagnostics LBX #740775,    PO Box 5900,    Cincinnati, OH 45201-5900
13804348       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13760652       +U.S. Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13760661        USAA Saving Bank Convergent Outsourcing, inc.,    PO Box 9004,    Renton, WA 98057-9004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:58:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:57:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13760665       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 06 2017 01:58:52
                 Nation wide Insurance credit Conection Services,    725 Canton Street,    Norwood, MA 02062-2679
13795721       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 06 2017 01:56:43     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13760651       +E-mail/Text: blegal@phfa.org Oct 06 2017 01:57:29     Pennsylvania Housing Financy Agency,
                 211 North Front street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Pamela            Page 2 of 2           Date Rcvd: Oct 05, 2017
                              Form ID: 152            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Yaritza Viera Vega

    Debtor(s)

Case No: 16–14821–elf

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/31/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

62 – 59
Form 152