# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                   Chapter 13

                                                   Bankruptcy No. 16-14821-ELF

YARITZA VIERA VEGA

430 LAFAYETTE STREET

BRISTOL, PA 19007-

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      YARITZA VIERA VEGA

      430 LAFAYETTE STREET

      BRISTOL, PA 19007-

Counsel for debtor(s), by electronic notice only.

      PRO-SE
      *
      *
      *, * *

                                                     /S/ William C. Miller

Date: 6/5/2018                                     _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee