IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yaritza Viera Vega aka Yartiza Maldonado<br>Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 16-14821 ELF |
| Yaritza Viera Vega aka Yartiza Maldonado<br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) ("Movant") and its successor in title to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

IT IS FURTHER STIPULATED AND VOLUNTARILY AGREED THAT:

1. The recitals are incorporated herein and made a part hereof.

2. Movant shall wait a period of sixty days following the entry of this Stipulation before proceeding with any of the above-referenced actions, including continuing any foreclosure actions.

3. This Stipulation represents the totality of the agreement between the parties.

4. Any modifications, retractions or revisions must be in writing and signed by all parties.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date:   April 5, 2019   By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: April 9, 2019

Yaritza Viera Vega aka Yartiza Maldonado
Debtor

# O R D E R

The foregoing Stipulation is **APPROVED**.

Date:  4/10/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**